THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VLADIK BYKOV,

        Plaintiff,

    v.

STEVEN G. ROSEN and his marital community; MICHELINE MURPHY and her marital community; MARCUS NAYLOR and his marital community; BRIAN ROGERS and his marital community; and CITY OF SEATTLE,

        Defendants.

CASE NO. C15-0713-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 57) of this Court's order regarding Plaintiff's leave to amend his claims (Dkt. No. 56).

Plaintiff argues that the Court erred in denying him leave to amend his claims against Defendants Rosen and Rogers, as well as the vicarious liability claims against Defendant City of Seattle arising out of Rosen's and Rogers's conduct. (Dkt. No. 57 at 1.) The Court denied Plaintiff leave to amend these claims because it found that judicial immunity protected Defendants from suit and that the judicially noticed documents contradicted Plaintiff's allegations otherwise. (Dkt. No. 56 at 3.)

Plaintiff again attempts to rehash the nature of Rosen's and Rogers's conduct. (Dkt. No. 57 at 5.) But the fact remains that the judicially noticed documents show that Rosen and Rogers were acting in their official capacity and were protected by judicial immunity. Thus, it is absolutely clear that no amendment to Plaintiff's complaint would cure this defect.

The motion for reconsideration (Dkt. No. 57) is DENIED. Plaintiff has until September 8, 2017 to amend his remaining claims, should he wish to do so.

DATED this 9th day of August 2017.

William M. McCool
Clerk of Court

s/Rhonda Stiles
Deputy Clerk