THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VLADIK BYKOV, | CASE NO. C15-0713-JCC |
| Plaintiff, | ORDER |
| v. | |
| STEVEN G. ROSEN and his marital community, MICHELINE MURPHY and her marital community, MARCUS NAYLOR and his marital community, BRIAN ROGERS and his marital community, and CITY OF SEATTLE, | |
| Defendants. | |

This matter comes before the Court on Defendants Judge Steven G. Rosen, Brian Rogers, and their marital communities' motion to strike Plaintiff's Second Amended Complaint ("SAC") (Dkt. No. 62). The Court dismissed Plaintiff's First Amended Complaint as to claims against Judge Rosen and Mr. Rogers. (Dkt. No. 50.) On appeal, the Ninth Circuit affirmed the dismissal but remanded for the District Court to consider whether Plaintiff should be granted leave to amend certain claims and whether Plaintiff alleged plausible claims for relief under the First, Fourth, and Fourteenth Amendments. (Dkt. No. 54 at 2–4.) This Court found that no amendment would lead to plausible Constitutional claims against these defendants. (Dkt. No. 56 at 3.) Plaintiff's motion for reconsideration was denied. (Dkt. No. 58.) Plaintiff's SAC (Dkt. No. 59)

now renames Judge Rosen and Mr. Rogers as Defendants and reasserts causes of action against them that the Court has dismissed (Dkt. No. 50).

"A party may amend its pleading [a second time] only with opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). A court may strike from a complaint "immaterial [or] impertinent . . . matter." Fed. R. Civ. P. 12(f).

Plaintiff does not have leave to amend his complaint as to Judge Rosen and Mr. Rogers. He misreads orders concerning his claims when he argues otherwise. This Court's denial of leave to *amend* the complaint as to all claims against these defendants was necessarily a denial of leave to *re-plead* these claims. (*See* Dkt. No. 66 at 6.) Further, the Ninth Circuit's remand did not mandate leave to re-plead claims. (Dkt. No. 54 at 4–5.)

The Court thus GRANTS Defendants' motion to strike (Dkt. No. 63). Asserted claims against Defendants Judge Steven G. Rosen and his marital community and Brian Rogers and his marital community are hereby STRICKEN with prejudice and without leave to amend.

DATED this 17th day of November 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE