THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VLADIK BYKOV, | CASE NO. C15-0713-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| STEVEN G. ROSEN and his marital community, MICHELINE MURPHY and her marital community, MARCUS NAYLOR and his marital community, BRIAN ROGERS and his marital community, and CITY OF SEATTLE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This order amends the Court's prior order (Dkt. No. 75) on Defendants Judge Steven G. Rosen, Brian Rogers, and their marital communities' motion to strike (Dkt. No. 62). On page 2 line 11, the sentence "[t]he Court GRANTS Defendants' motion to strike (Dkt. No. 63)" is amended to state: "The Court GRANTS Defendants' motion to strike (Dkt. No. 62)."

//

//

MINUTE ORDER
C15-0713-JCC
PAGE - 1

DATED this 20th day of November 2017.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk

MINUTE ORDER
C15-0713-JCC
PAGE - 2