THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VLADIK BYKOV, | CASE NO. C15-0713-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STEVEN G. ROSEN and his marital community, MICHELINE MURPHY and her marital community, MARCUS NAYLOR and his marital community, BRIAN ROGERS and his marital community and CITY OF SEATTLE, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 77) of this Court's order granting Defendants Rosen and Rogers' motion to strike (Dkt. No. 62).

"Motions for reconsideration are disfavored." LCR 7(h)(1). The Court will grant such motions only upon a showing of manifest error or new facts or law that "could not have been brought to its attention earlier with reasonable diligence." *Id*.

Plaintiff repeats his argument that his Second Amended Complaint ("SAC") properly re-pleads Constitutional claims against Defendants Rosen and Rogers. (Dkt. No. 77 at 5–6.) He over reads the Ninth Circuit's order when he claims it requires this Court to rule on the merits of

these claims. (*See id.* at 5; Dkt. No. 54 at 4.) Consistent with the Ninth Circuit's mandate, on remand this Court considered whether Plaintiff could allege plausible claims for relief under the First, Fourth, and Fourteenth Amendments; it found he could not. (Dkt. Nos. 54 at 5, 56 at 3.) Judicial immunity and judicially noticed records precluded the plausible assertion of these claims against these Defendants—either as pled in Plaintiff's First Amended Complaint, or upon amendment. (Dkt. Nos. 56 at 3; 58 at 1.) This ruling complied with the Ninth Circuit's mandate and reaffirmed the Court's dismissal of Plaintiff's claims against Defendants Rosen and Rogers.

In his motion, Plaintiff also argues that judicial immunity does not bar his claims for declaratory relief. (Dkt. No. 77 at 2.) Plaintiff did not raise this issue in his response to Defendants' motion to strike (Dkt. No. 66) or in his motion for reconsideration of this Court's prior order disposing of his Constitutional claims (Dkt. No. 57). It is not apparent that this argument "could not have been brought to [the Court's] attention earlier with reasonable diligence." *See* LCR 7(h)(2). Therefore, the Court will not consider it on reconsideration.

For the reasons stated herein, Plaintiff's motion for reconsideration (Dkt. No. 77) is DENIED.

DATED this 21st day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk