THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VLADIK BYKOV,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN G. ROSEN and his marital community; MICHELINE MURPHY and her marital community; MARCUS NAYLOR and his marital community; BRIAN ROGERS and his marital community; and CITY OF SEATTLE,<br><br>    Defendants. | CASE NO. C15-0713-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to file an over-length brief (Dkt. No. 84) in response to the motion to for summary judgment and dismissal brought by Defendants Micheline Murphy and Marcus Naylor (Dkt. No. 80). The Court hereby GRANTS Plaintiff's request for four (4) additional pages, bringing to the total number of pages to 28.

//

//

//

DATED this 15 day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER,
C15-0713-JCC
PAGE - 2