THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VLADIK BYKOV,

        Plaintiff,

    v.

MICHELINE MURPHY and her marital community, and MARCUS NAYLOR and his marital community,

        Defendants.

CASE NO. C15-0713-JCC

ORDER

This matter comes before the Court on Defendants Murphy and Naylors' motion for summary judgment or dismissal under Federal Rule of Civil Procedure 12(c) (Dkt. No. 80). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby DISMISSES remaining state law claims without prejudice.

Plaintiff Vladik Bykov brought suit in this Court against Defendants Rosen, Rogers, Murphy, and Naylor, asserting claims under 42 U.S.C. section 1983, the U.S. Constitution, and state tort law.[1] (Dkt. Nos. 8, 59.) The Court dismissed all federal claims without leave to amend. (Dkt. No. 56.) The only remaining claims are state law tort claims against Defendants Murphy and Naylor—causes of action ten, twelve, and thirteen in the Second Amended Complaint. (*See*

---

[1] The Court has thoroughly discussed the facts and procedural history of this case and will not repeat this information here. (*See* Dkt. Nos. 56, 75, 79.)

ORDER
PAGE - 1

Dkt. Nos. 56, 59, 75, 79.) Defendants now move for summary judgment or dismissal of these claims. (Dkt. No. 80.)

Because the remaining claims are based on state law, and Plaintiff's response to Defendants' present motion raises novel issues of state law, the Court exercises its discretion to dismiss these claims as outside the scope of supplemental jurisdiction. 28 U.S.C. § 1367(c)(1),(3). "In the usual case in which all federal-law claims are eliminated before trial, the balance of factors to be considered under the pendent jurisdiction doctrine—judicial economy, convenience, fairness, and comity—will point toward declining to exercise jurisdiction over the remaining state-law claims." *Satey v. JPMorgan Chase & Co.*, 521 F.3d 1087, 1091 (9th Cir. 2008). Those factors point toward declining supplemental jurisdiction here.

Defendants' motion (Dkt. No. 80) is GRANTED in part. Plaintiff's remaining claims against Defendants Murphy and Naylor are DISMISSED without prejudice and without leave to amend.

DATED this 23rd day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE